**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Chapter: 13 |
| Douglas Horvath | Bankruptcy No.: 22-70153 |
| Debtor | Judge Jeffery A. Deller |
| New Start Notes LLC | |
| Movant | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK, U.S. BANKRUPTCY COURT:

The undersigned attorney enters their appearance as counsel for New Start Notes LLC

("Creditor") in the above referenced case.  Please send all notices issued in this case to the

undersigned at the address below.

Respectfully submitted

**SHNAYDER LAW FIRM, LLC**

Dated: June 15, 2022          By:  /s/ *Jennie C. Shnayder*____
Jennie C. Shnayder, Esq.
PA Bar ID# 315213
148 East Street Road, Suite 352
Feasterville, PA 19053
Phone: 215-834-3103
Fax: 215-565-2679
jennie@shnayderlawfirm.com
Attorney for Creditor, New Start Notes LLC