## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Richard L Somogyi<br>Sherrie L Somogyi<br><br>　　　　　　　　　Debtor<br><br>New Start Notes LLC<br><br>　　　　　　　　　Movant | Chapter: 13<br><br>Bankruptcy No.: 22-70153<br><br>Judge Jeffery A. Deller |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK, U.S. BANKRUPTCY COURT:

The undersigned attorney enters their appearance as counsel for New Start Notes LLC ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　**SHNAYDER LAW FIRM, LLC**

Dated: June 15, 2022　　　　　By:  /s/ *Jennie C. Shnayder*
　　　　　　　　　　　　　　　　　Jennie C. Shnayder, Esq.
　　　　　　　　　　　　　　　　　PA Bar ID# 315213
　　　　　　　　　　　　　　　　　148 East Street Road, Suite 352
　　　　　　　　　　　　　　　　　Feasterville, PA 19053
　　　　　　　　　　　　　　　　　Phone: 215-834-3103
　　　　　　　　　　　　　　　　　Fax: 215-565-2679
　　　　　　　　　　　　　　　　　jennie@shnayderlawfirm.com
　　　　　　　　　　　　　　　　　Attorney for Creditor, New Start Notes LLC