**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Case No. 22-70153-JAD** |
| | : | |
| **Richard L. Somogyi and** | : | **Chapter 13** |
| **Sherrie L. Somogyi,** | : | |
| | : | |
| **Debtors,** | : | |

*******************************************************************************

| | | |
|---|---|---|
| **1st Summit Bank,** | : | |
| | : | **Doc. No.** |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **No Respondents** | : | |

*******************************************************************************

**NOTICE OF APPEARANCE**

TO:   Clerk, the United States Bankruptcy Court for the Western District of Pennsylvania

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, 1st Summit Bank is a creditor in the above-referenced case and hereby appears in this case by and through her undersigned counsel.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices and papers specified by those Rules, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given and served upon:

Kevin J. Petak, Esquire
Spence, Custer, Saylor, Wolfe & Rose, LLC
1067 Menoher Boulevard
Johnstown, PA 15905
[kpetak@spencecuster.com](mailto:kpetak@spencecuster.com)

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosures statements and Plans of Reorganization, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, telephone, facsimile, telex, email or otherwise.

Please take further notice that the creditor intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (1) creditor's right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge; (2) creditor's right to trial by jury in

any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which creditor is or may be entitled under agreement, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments creditor expressly reserves hereby.

    Respectfully Submitted,

    Spence, Custer, Saylor, Wolfe & Rose, LLC

By:    */s/ Kevin J. Petak*,
Kevin J. Petak, Esquire
PA ID # 92154
1067 Menoher Boulevard
Johnstown, PA 15905
Tel: 814.536.0735
Fax: 814.539.1423
Email: kpetak@spencecuster.com
*Counsel for 1st Summit Bank*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Case No. 22-70153-JAD** |
| | : | |
| **Richard L. Somogyi and** | : | **Chapter 13** |
| **Sherrie L. Somogyi,** | : | |
| | : | |
| **Debtors,** | : | |

*******************************************************************************

| | | |
|---|---|---|
| **1st Summit Bank,** | : | |
| | : | **Doc. No.** |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **No Respondents** | : | |

*******************************************************************************

**DECLARATION IN LIEU OF AFFIDAVIT**

Regarding Request to be added to Mailing Matrix

I am counsel to 1st Summit Bank. 1st Summit Bank has authorized me to make the accompanying request for notices. The address below should be used and added to the matrix:

[ ]   that there are no other requests to receive notices on behalf of 1st Summit Bank ; or

[ ]   that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix; or

[ X ]   my address should be added to the mailing matrix as an additional recipient of notices for 1st Summit Bank.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2022                     Respectfully Submitted,

                                         Spence, Custer, Saylor, Wolfe & Rose, LLC

                              By:    */s/ Kevin J. Petak*,
                                     Kevin J. Petak, Esquire
                                     PA ID # 92154
                                     1067 Menoher Boulevard
                                     Johnstown, PA 15905
                                     Tel: 814.536.0735
                                     Fax: 814.539.1423
                                     Email: kpetak@spencecuster.com