**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Case No. 22-70153-JAD** |
| | : | |
| **Richard L. Somogyi** | : | **Chapter 13** |
| **aka Terry Somogyi** | : | |
| **aka Richard Terry L. Somogyi** | : | |
| **aka Richard T. Somogyi and** | : | |
| **Sherrie L. Somogyi,** | : | |
| | : | |
| **Debtors** | : | |

*******************************************************************************

| | | |
|---|---|---|
| **1st Summit Bank,** | : | **Doc. No. 32** |
| | : | **Doc. No. 30 & 31** |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| vs. | : | **September 02, 2022 at 11:00 a.m.** |
| | : | |
| **Richard L. Somogyi; Sherrie L. Somogyi; Tyler J.** | : | |
| **Somogyi; and Ronda J. Winnecour, Chapter 13 Trustee,** | : | |
| | : | |
| **Respondents** | : | |

*******************************************************************************

**CERTIFICATE OF SERVICE OF THE MOTION FOR RELIEF FROM THE CO-DEBTOR STAY FILED BY 1ST SUMMIT BANK ALONG WITH NOTICE OF HEARING AND RESPONSE DEADLINE**

I certify under the penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>August 08, 2022</u>.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>first-class mail and electronic notification</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the

heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the hearing "Service by First Class Mail."

Service by First-Class Mail:

Richard L. Somogyi – 9996 Route 553 Highway, Mentcle, PA 15761;

Sherrie L. Somogyi – 9996 Route 553 Highway, Mentcle, PA 15791; and

Tyler J. Somogyi – 996 Route 553 Highway, Mentcle, PA 15791.

Service by NEF:

Kenneth P. Seitz Esquire – thedebterasers@aol.com;

Ronda J. Winnecour, Chapter 13 Trustee – cmecf@chapter13trusteewdpa.com; and

Office of the United States Trustee – ustpregion03.pi.ecf@usdoj.gov.

EXECUTED ON:  August 08, 2022

By:    */s/ Kevin J. Petak*,
Kevin J. Petak, Esquire
Spence, Custer, Saylor, Wolfe & Rose, LLC
1067 Menoher Boulevard
Johnstown, PA 15905
Tel: 814.536.0735
Fax:  814.539.1423
Email: kpetak @spencecuster.com
PA ID No. 92154