**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Case No. 22-70153-JAD |
| | : | |
| **Richard L. Somogyi** | : | **Chapter 13** |
| aka Terry Somogyi | : | |
| aka Richard Terry L. Somogyi | : | |
| aka Richard T. Somogyi and | : | |
| Sherrie L. Somogyi, | : | |
| | : | |
| **Debtors** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **1st Summit Bank,** | : | Doc. No. \_\_\_\_ |
| | : | Doc. No. 30 & 31 |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| vs. | : | **September 02, 2022 at 11:00 a.m.** |
| | : | |
| **Richard L. Somogyi; Sherrie L. Somogyi;** | : | |
| **Tyler J. Somogyi; and Ronda J. Winnecour,** | : | |
| **Chapter 13 Trustee,** | : | |
| | : | |
| **Respondents** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE
<u>CO-DEBTOR STAY</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Co-Debtor Stay filed on August 8, 2022, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Co-Debtor Stay appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Co-Debtor Stay were to be filed and served no later than August 25, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by this Court.

EXECUTED ON: August 26, 2022           Spence, Custer, Saylor, Wolfe & Rose, LLC

By:   */s/ Kevin J. Petak*,
      Kevin J. Petak, Esquire
      PA ID No. 92154
      1067 Menoher Blvd.
      Johnstown, PA 15905
      Tel: 814.536.0735
      Fax: 814.539.1423
      Email: kpetak@spencecuster.com
      *Counsel for 1st Summit Bank*