**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-70153-JAD |
| | : | |
| **Richard L. Somogyi** | : | Chapter 13 |
| aka Terry Somogyi | : | |
| aka Richard Terry L. Somogyi | : | FILED |
| aka Richard T. Somogyi and | : | 8/26/22 1:14 pm |
| Sherrie L. Somogyi, | : | CLERK |
| | : | U.S. BANKRUPTCY |
| **Debtors** | : | COURT - WDPA |

*************************************************************************

| | | |
|---|---|---|
| 1st Summit Bank, | : | Doc. No. 30 |
| | : | Related to Doc. No. |
| **Movant** | : | |
| | : | Hearing Date & Time: |
| vs. | : | September 02, 2022 at 11:00 a.m. |
| | : | |
| Richard L. Somogyi; Sherrie L. Somogyi; Tyler J. | : | |
| Somogyi; and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| **Respondents** | : | |

*************************************************************************

**ORDER OF COURT**

**AND NOW**, this **26th** day of **August**, 2022, it is hereby ORDERED that the Motion for Relief from the Co-Debtor Stay pursuant to 11. U.S.C. § 1301 is GRANTED.

Movant, 1st Summit Bank, is permitted to enforce its rights to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law as it relates to non-debtor co-borrower Tyler J. Somogyi as it relates to that particular Promissory Note dated July 10, 2020, attached to the Motion and marked as Exhibit "A", further identified by account number ending in 4075.

To the extent Movant receives payment in full from the non-debtor co-borrower, it shall amend its Proof of Claim accordingly.

BY THE COURT:

*[signature]* jsf

Jeffery A. Deller, Judge
United States Bankruptcy Court

Page **1** of **1**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-70153-JAD
Richard L Somogyi  Chapter 13
Sherrie L. Somogyi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2
Date Rcvd: Aug 26, 2022      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard L Somogyi, Sherrie L. Somogyi, 9996 Route 553 Highway, Mentcle, PA 15761-0014 |
| cr | + | 1st Summit Bank, 125 Donald Lane, PO Box 5480, Johnstown, PA 15904-5480 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Jennie Shnayder | on behalf of Creditor New Start Notes LLC jennie@shnayderlawfirm.com |
| Kenneth P. Seitz | on behalf of Debtor Richard L Somogyi thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Sherrie L. Somogyi thedebterasers@aol.com |
| Kevin J. Petak | on behalf of Creditor 1st Summit Bank kpetak@spencecuster.com skosis@spencecuster.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 26, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7