## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          : **Case No. 22-70153-JAD**
**Richard L. Somogyi and**                :
**Sherrie L. Somogyi,**                   : **Chapter 13**
                                          :
                    **Debtors**           :
                                          :

## <u>CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12</u>

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over

the age of eighteen years old under penalty of perjury that I served or caused to be served, on the

8th day of May, 2023, a true and correct copy of the Order dated May 5, 2023, together with the

above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.

U.S. Postage paid on the Parties below:

> CLEVELAND BROTHERS EQUIPMENT CO., INC.
> 5300 PAXTON STREET
> HARRISBURG, PA 17111
>
> RICHARD L SOMOGYI
> SHERRIE L. SOMOGYI
> 9996 ROUTE 553 HIGHWAY
> MENTCLE, PA 15761
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: <u>May 8, 2023</u>                 /s/ Jessica L. Tighe
                                                 Jessica L. Tighe; Legal Asst.
                                                 Law Offices of Kenny P. Seitz
                                                 P. O. Box 211
                                                 Ligonier, PA  15658
                                                 (814) 536-7470