IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-70153-JAD |
| Richard L. Somogyi and | : | |
| Sherrie L. Somogyi, | : | Chapter 13 |
|     Debtors | : | |
| | : | Docket No. |
| Richard L. Somogyi, | : | |
|     Movant | : | Filed Under Local Bankruptcy |
| | : | Rule 9013.4 Para. 6(c) |
| vs. | : | |
| | : | |
| Cleveland Brothers Equipment Co., Inc. | : | |
| 5300 Paxton Street | : | Related to Doc. #52 |
| Harrisburg, PA 17111 | : | |
|     Respondent | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-0151 | : | |

**ORDER TERMINATING PAYROLL DEDUCTION**

Upon representation of the above-named Debtor(s), having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with Cleveland Brothers Equipment Co., Inc., 5300 Paxton Street, Harrisburg, PA 17111 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __15th__ day of __November__, __2024__.

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
11/15/24 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-70153-JAD |
| Richard L Somogyi | Chapter 13 |
| Sherrie L. Somogyi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 15, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard L Somogyi, Sherrie L. Somogyi, 9996 Route 553 Highway, Mentcle, PA 15761-0014 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Jennie Shnayder | on behalf of Creditor New Start Notes LLC jennie@shnayderlawfirm.com |
| Kenneth P. Seitz | on behalf of Debtor Richard L Somogyi thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Sherrie L. Somogyi thedebterasers@aol.com |
| Kevin J. Petak | on behalf of Creditor 1st Summit Bank kpetak@spencecuster.com skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com |

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Nov 15, 2024 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7