# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 22-70153-JAD |
| Richard L. Somogyi and | : |
| Sherrie L. Somogyi, | : Chapter 13 |
| | : |
| **Debtors** | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 18th day of November, 2024, a true and correct copy of the Order dated November 15, 2024, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    CLEVELAND BROTHERS EQUIPMENT CO., INC.
    5300 PAXTON STREET
    HARRISBURG, PA 17111

    RICHARD L SOMOGYI
    SHERRIE L. SOMOGYI
    9996 ROUTE 553 HIGHWAY
    MENTCLE, PA 15761

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: <u>November 18, 2024</u>

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470