# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 22-70153-JAD
**Richard L. Somogyi and** :
**Sherrie L. Somogyi,** : Chapter 13
:
**Debtors** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 18th day of November, 2024, a true and correct copy of the Order dated November 15, 2024, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

EBENSBURG POWER COMPANY
1501 LIGONIER STREET
LATROBE, PA 15650-2912

RICHARD L SOMOGYI
SHERRIE L. SOMOGYI
9996 ROUTE 553 HIGHWAY
MENTCLE, PA 15761

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: November 18, 2024

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470