**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

07/24/2026

IN RE:

RICHARD L SOMOGYI                                  Case No.22-70153 JAD
SHERRIE L. SOMOGYI
9996 ROUTE 553 HIGHWAY                              Chapter 13
MENTCLE,  PA  15761
XXX-XX-0151          Debtor(s)

XXX-XX-8904

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/24/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | | |
| | CLAIM: 0.00 | | |
| OKLAHOMA CITY, OK 73118 | COMMENT: ALLY BANK/PRAE | | |

| | | | |
|---|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| PHILADELPHIA, PA 19106 | COMMENT: PNC BANK/PRAE | | |

| | | | |
|---|---|---|---|
| **ALLY BANK(*)** | Trustee Claim Number:3 | INT %: 5.00% | CRED DESC: VEHICLE |
| PAYMENT PROCESSING CENTER* | Court Claim Number:8 | | ACCOUNT NO.: 6603 |
| PO BOX 660618 | | | |
| | CLAIM: 2,006.25 | | |
| DALLAS, TX 75266-0618 | COMMENT: 2007@5%/PL@ALLY FNCL | | |

| | | | |
|---|---|---|---|
| **SHEFFIELD FINANCIAL - DIV TRUIST BANK** | Trustee Claim Number:4 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| PO BOX 1847 | Court Claim Number:3 | | ACCOUNT NO.: 3580 |
| BANKRUPTCY SECTION/100-50-01-51 | | | |
| | CLAIM: 0.00 | | |
| WILSON, NC 27894 | COMMENT: SURR/PL*CL=2009.07 | | |

| | | | |
|---|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| PO BOX 94982 | Court Claim Number:14 | | ACCOUNT NO.: 9415 |
| | CLAIM: 0.00 | | |
| CLEVELAND, OH 44101 | COMMENT: 342/PL*341.06x(60+2)=LMT*BGN 5/22 | | |

| | | | |
|---|---|---|---|
| **NEW START NOTES LLC** | Trustee Claim Number:6 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| 11110 NE CONIFER DR | Court Claim Number:9 | | ACCOUNT NO.: 9563 |
| | CLAIM: 0.00 | | |
| VANCOUVER, WA 98662 | COMMENT: 267/PL@FCI*266.93x(60+2)=LMT*BGN 5/22 | | |

| | | | |
|---|---|---|---|
| **INDIANA COUNTY TAX CLAIM BUREAU** | Trustee Claim Number:7 | INT %: 9.00% | CRED DESC: SECURED CREDITOR |
| 825 PHILADELPHIA ST | Court Claim Number:1 | | ACCOUNT NO.: 1420 |
| | CLAIM: 4,471.80 | | |
| INDIANA, PA 15701 | COMMENT: 33025060000031420;19-21*4472@9%/PL*PRI/SCH*WNTS 9% | | |

| | | | |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:15-2 | | ACCOUNT NO.: 0151 |
| PO BOX 7317 | | | |
| | CLAIM: 334.88 | | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: 0151/8904*334/PL@0%*AMD*GU OK | | |

| | | | |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number:2 | | ACCOUNT NO.: 0151 |
| PO BOX 280946 | | | |
| | CLAIM: 484.05 | | |
| HARRISBURG, PA 17128-0946 | COMMENT: 508@0%/PL | | |

| | | | |
|---|---|---|---|
| **1ST SUMMIT BANK(*)** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: COLLECTIONS | Court Claim Number:6 | | ACCOUNT NO.: 5530 |
| POB 5480* | | | |
| | CLAIM: 4,267.88 | | |
| JOHNSTOWN, PA 15904 | COMMENT: LOAN BGN 4/19/21 | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **1ST SUMMIT BANK(*)** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: COLLECTIONS | Court Claim Number:7 | ACCOUNT NO.:  4075 |
| POB 5480* | | |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15904 | COMMENT:  OUTSIDE/OE*NO$~AUTO/SCH*LOAN BGN 7/10/20*CL=3685.52*DK | |

| | | |
|---|---|---|
| **AMERICAN FIRST FINANCE LLC** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number: | ACCOUNT NO.:  0001 |
| PO BOX 3002 | | |
| | CLAIM:  0.00 | |
| MALVERN, PA  19355-0701 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAMBRIA SOMERSET RADIOLOGY** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 239 MAIN ST STE 400 | Court Claim Number: | ACCOUNT NO.:  0049 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15901 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:10 | ACCOUNT NO.:  1324 |
| | CLAIM:  308.61 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **CARE PAYMENT** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2398 | Court Claim Number: | ACCOUNT NO.:  2318 |
| | CLAIM:  0.00 | |
| OMAHA, NE  68103 | COMMENT: | |

| | | |
|---|---|---|
| **CENTER FOR ORTHOPAEDICS AND SPORTS ME** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 120 IRMC DR | Court Claim Number: | ACCOUNT NO.:  0717 |
| STE 160 | | |
| | CLAIM:  0.00 | |
| INDIANA, PA  15701 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CONEMAUGH MEMORIAL MED CNTR** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1086 FRANKLIN ST | Court Claim Number: | ACCOUNT NO.:  0094 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15905-4398 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CONEMAUGH MEMORIAL MED CNTR** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1086 FRANKLIN ST | Court Claim Number: | ACCOUNT NO.:  8826 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15905-4398 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CONEMAUGH MEMORIAL MED CNTR** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1086 FRANKLIN ST | Court Claim Number: | ACCOUNT NO.:  0611 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15905-4398 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CONEMAUGH MEMORIAL MED CNTR** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1086 FRANKLIN ST | Court Claim Number: | ACCOUNT NO.:  9883 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15905-4398 | COMMENT:  NT ADR/SCH | |

CLAIM RECORDS

| | | |
|---|---|---|
| **CONEMAUGH MEMORIAL MED CNTR** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1086 FRANKLIN ST | Court Claim Number: | ACCOUNT NO.:  5247 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15905-4398 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CREDIT COLLECTION SERVICES** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 725 CANTON ST | Court Claim Number: | ACCOUNT NO.:  6657 |
| | CLAIM:  0.00 | |
| NORWOOD, MA  02062 | COMMENT:  PROGRESSIVE/SCH | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NELNET | Court Claim Number:4 | ACCOUNT NO.:  8904 |
| PO BOX 2837 | | |
| | CLAIM:  22,025.69 | |
| PORTLAND, OR  97208 | COMMENT:  2307/SCH | |

| | | |
|---|---|---|
| **DEPARTMENT OF EDUCATION/NELNET** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: CLAIMS | Court Claim Number: | ACCOUNT NO.:  1007 |
| PO BOX 82505 | | |
| | CLAIM:  0.00 | |
| LINCOLN, NE  68501 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **FINANCE SYSTEM** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5703 NATIONAL RD EAST | Court Claim Number: | ACCOUNT NO.:  0592 |
| | CLAIM:  0.00 | |
| RICHMOND, IN  47374 | COMMENT: | |

| | | |
|---|---|---|
| **FINANCE SYSTEM** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5703 NATIONAL RD EAST | Court Claim Number: | ACCOUNT NO.:  0593 |
| | CLAIM:  0.00 | |
| RICHMOND, IN  47374 | COMMENT: | |

| | | |
|---|---|---|
| **FINANCE SYSTEM** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5703 NATIONAL RD EAST | Court Claim Number: | ACCOUNT NO.:  0591 |
| | CLAIM:  0.00 | |
| RICHMOND, IN  47374 | COMMENT: | |

| | | |
|---|---|---|
| **FINANCE SYSTEM** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5703 NATIONAL RD EAST | Court Claim Number: | ACCOUNT NO.:  0590 |
| | CLAIM:  0.00 | |
| RICHMOND, IN  47374 | COMMENT: | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:11 | ACCOUNT NO.:  1928 |
| PO BOX 2489 | | |
| | CLAIM:  605.17 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  9338/SCH*CELTIC BANK | |

| | | |
|---|---|---|
| **HOLIDAY FINANCIAL SERVICES** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 300 WALMART DRIVE | Court Claim Number: | ACCOUNT NO.:  7409 |
| STE 150 | | |
| | CLAIM:  0.00 | |
| EBENSBURG, PA  15931 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **INDIANA EKG ASSOCIATES++**<br>POB 28<br><br>WASHINGTON, PA 15301 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: SOMS |
| **INDIANA REGIONAL IMAGING**<br>7 ACEE DR<br><br>NATRONA HEIGHTS, PA 15065-9700 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7458 |
| **INDIANA REGIONAL MEDICAL CENTER (IRMC)**<br>835 HOSPITAL RD<br>PO BOX 788<br><br>INDIANA, PA 15701 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0774 |
| **INDIANA REGIONAL MEDICAL CENTER (IRMC)**<br>835 HOSPITAL RD<br>PO BOX 788<br><br>INDIANA, PA 15701 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7815 |
| **INDIANA REGIONAL MEDICAL CENTER (IRMC)**<br>835 HOSPITAL RD<br>PO BOX 788<br><br>INDIANA, PA 15701 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8483 |
| **INDIANA REGIONAL MEDICAL CENTER (IRMC)**<br>835 HOSPITAL RD<br>PO BOX 788<br><br>INDIANA, PA 15701 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1707 |
| **PENELEC/FIRST ENERGY\*\***<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br><br>HOLMDEL, NJ 07733 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 1,393.80<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7478 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br><br>NORFOLK, VA 23502 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9099 |
| **S WILSON DIAGNOSTIC PATHOLOGY++**<br>PO BOX 49<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2901 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6770 |

| US ACUTE CARE SOLUTIONS | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 14099 | Court Claim Number: | ACCOUNT NO.: 4719 |
| | CLAIM: 0.00 | |
| BELFAST, ME 04915 | COMMENT: NT ADR/SCH | |

| PA DEPARTMENT OF REVENUE* | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| BANKRUPTCY DIVISION | Court Claim Number:2 | ACCOUNT NO.: 0151 |
| PO BOX 280946 | | |
| | CLAIM: 23.65 | |
| HARRISBURG, PA 17128-0946 | COMMENT: NO GEN UNS/SCH | |

| PNC BANK NA | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
|---|---|---|
| PO BOX 94982 | Court Claim Number:14 | ACCOUNT NO.: 9415 |
| | CLAIM: 3,240.69 | |
| CLEVELAND, OH 44101 | COMMENT: 3241/PL*THRU 4/22 | |

| NEW START NOTES LLC | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
|---|---|---|
| 11110 NE CONIFER DR | Court Claim Number:9 | ACCOUNT NO.: 9563 |
| | CLAIM: 1,193.48 | |
| VANCOUVER, WA 98662 | COMMENT: 1194/PL*THRU 4/22 | |

| SHNAYDER LAW FIRM LLC | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 148 EAST ST RD STE 352 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| FEASTERVILLE, PA 19053 | COMMENT: NEW START NOTES/PRAE | |

| VERIZON BY AMERICAN INFOSOURCE - AGENT | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 661380 | Court Claim Number:12 | ACCOUNT NO.: 0001 |
| | CLAIM: 269.46 | |
| DALLAS, TX 75266-1380 | COMMENT: NT/SCH | |

| PYOD LLC | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:13 | ACCOUNT NO.: 5015 |
| POB 19008 | | |
| | CLAIM: 5,558.78 | |
| GREENVILLE, SC 29602 | COMMENT: NT/SCH*SPRINGLEAF*STALE | |

| SPENCE CUSTER SAYLOR ET AL | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| 1067 MENOHER BLVD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| JOHNSTOWN, PA 15905 | COMMENT: 1ST SUMMIT BANK/PRAE | |